UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12CR00373 AGF |
| | ) | |
| MARY TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This matter is before the Court on Defendant Mary Taylor's motions to suppress [Doc. Nos. 79 (oral motion) and 97]; the motion of the United States for a determination of the admissibility of arguably suppressible evidence [Doc. No. 80 (oral motion)]; and the Order and Recommendation of the United States Magistrate Judge [Doc. No. 148].

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate David D. Noce. An evidentiary hearing was held on February 25, 2013, at which Defendant's motion to suppress her statements was heard. Thereafter, on March 12, 2013, Magistrate Judge Noce issued his Order and Recommendation, recommending that Defendant Taylor's motions to suppress her statements be denied, and denying as moot the motion of the United States for a determination of the admissibility of any arguably suppressible evidence. Defendant has not filed

any objections to the Order, and her time for doing so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of the United States Magistrate Judge [Doc. No. 148] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Taylor's motions to suppress [Doc. Nos. 79 and 97] are **DENIED**.

**IT IS FURTHER ORDERED** that the motion of the United States for a determination of the admissibility of arguably suppressible evidence [Doc. No. 80] is **DENIED as moot.**

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2013.